[No. 35644-5-I.    Division One.    October 7, 1996.]

GEORGE LEWIS, *Appellant*, v. DERRILL BASTIAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-01163-6, Thomas J. Wynne, J., entered October 25, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 35712-3-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. NHAN THUONG THAI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03428-2, Jo Anne Alumbaugh, J., entered November 14, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman, J., and Moynihan, J. Pro Tem.

[No. 35839-1-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JAMES KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04139-9, Leroy McCullough, J., entered December 27, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35948-7-I.    Division One.    October 7, 1996.]

HUGH D. WEINREICH, *Appellant*, v. DONNELLY J. WILBURN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-17620-1, Ann Schindler, J., entered December 15, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.